# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 11-2934

———————

Felice Brown, on behalf of     *
A. B., A Minor,     *
    *
       Appellant,     *   Appeal from the United States
    *   District Court for the Western
      v.     *   District of Arkansas.
    *
Michael J. Astrue, Commissioner,     *   [UNPUBLISHED]
Social Security Adminstration,     *
    *
       Appellee.     *

———————

Submitted:  March 30, 2012
Filed: April 3, 2012

———————

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Felice Brown, on behalf of her minor daughter A.B., appeals the district court's[1] order affirming the denial of supplemental security income. Upon de novo review, see Moore ex rel. Moore v. Barnhart, 413 F.3d 718, 721 (8th Cir. 2005), we find no basis for overturning the administrative law judge's determination that A.B.

---

[1]The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

did not have "marked" limitations in at least two of the six functional domains, or "extreme" limitations in at least one of the six functional domains.[2] The district court is affirmed. See 8th Cir. R. 47B.

———————————————

[2]We decline to consider the matters that Brown raises for the first time on appeal, see Flynn v. Chater, 107 F.3d 617, 620 (8th Cir. 1997), or those that she has not properly developed, see Blakley v. Schlumberger Tech. Corp., 648 F.3d 921, 932 (8th Cir. 2011).